**Order entered January 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01019-CV

**FEYSAL AYATI-GHAFFARI AND IRANA HAGNAZARI, Appellants**

**V.**

**HAZAWIPERI JACKIE GUMBODETE AND JOSE ANAYA, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04867-2012**

## ORDER

Before the Court is appellants' December 23, 2014, motion to affirm without a reporter's record. Appellants ask this Court to summarily reverse the trial court's June 11, 2014, summary judgment and render judgment in its stead. We **DENY** appellants' motion. Our records show this case is at issue and will be set for submission in due course.

/s/    CRAIG STODDART
JUSTICE